IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ADONIS RIVERA<br>Defendant | CRIMINAL 12-0907CCC |

### ORDER

Having considered the Report and Recommendation filed on April 18, 2013 (**docket entry 26**) on a Rule 11 proceeding of defendant Adonis Rivera held before U.S. Magistrate Judge Camille L. Vélez-Rivé on April 18, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 18, 2013.  The **sentencing hearing is set for July 17, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 6, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge